IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BONILLA, et al.,

    Plaintiffs,

  v.

NEVILLE STRUCTURES, dba NEVILLE BROTHERS, INC., a business entity; and STEVE NEVILLE, an individual,

    Defendants.

                                /

No. C 05-03410 CW

ORDER

Default having been entered by the Clerk on December 2, 2005,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for December 23, 2005, is continued to April 28, 2006, at 1:30 p.m.

Dated: 12/8/05

                                           */s/ Claudia Wilken*
                                           CLAUDIA WILKEN
                                           United States District Judge

cc: Wings