UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al., | No. C 05-3410 CW (WDB) |
| Plaintiffs, | ORDER RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| NEVILLE STRUCTURES, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to the undersigned for a Report & Recommendation regarding plaintiffs' motion for default judgment. The hearing on plaintiffs' motion is scheduled for **February 15, 2006, at 1:30 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

Defendants' opposition must be served and filed no later than **January 25, 2006.** Any reply to the opposition must be served and filed no later than **February 1, 2006.**

<u>Plaintiffs are directed to immediately serve a copy of this order (and a copy of their moving papers, if they have not already done so) on defendants.</u>[1] If plaintiffs' counsel cannot locate defendants after a reasonable, good-faith, effort, they must submit a declaration

---

[1] The Court also directs plaintiffs to e-file a proof of service immediately upon service of the above-referenced documents on defendants.

1

1 | documenting their efforts to effectuate such service.

2 |     IT IS SO ORDERED.

3 | Dated: January 9, 2006      /s/ Wayne D. Brazil
4 |      WAYNE D. BRAZIL
     United States Magistrate Judge

5 | Copies to:

6 |     Plaintiffs with direction to serve defendants,
    WDB, Stats, CW
7 |

8 | Enclosure: Standing Order