1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Bonilla as Chairman and Ken
Walters as Co-Chairman of the
Board of Trustees for the Operating
Engineers Health and Welfare Trust
Fund, et al,

              Plaintiffs,

     v.

Neville Structures dba Neville
Brothers, Inc., a business entity, and
Steve Neville, an individual,

            Defendants.
_____/

No.  C-05-3410 CW (WDB)


**ORDER GRANTING REQUEST FOR
EXTENSION OF TIME FOR
BRIEFING AND TO CONTINUE
HEARING RE MOTION FOR
DEFAULT JUDGMENT**

     The Court has considered plaintiffs' Request for Extension of Time to File
Supplemental Supporting Papers and for Continuance of Hearing on Motion for
Default Judgment, filed January 30, 2006.

     The Court GRANTS plaintiffs' request and ORDERS as follows.

     **By Thursday, February 23, 2006,** plaintiffs must file with the Court and
serve on defendants their supplemental materials responsive to the Court's January
27, 2006, Order.

     If defendants wish to respond to plaintiffs' February 23rd submissions or to
any other matters set forth in plaintiffs' Motion for Default Judgment, then **by**

1   **Thursday, March 16, 2006**, defendants must file with the Court and serve on

2   plaintiffs their written response to those submissions.

3        The hearing scheduled for Wednesday, February 15, 2006, at 1:30 is

4   CONTINUED to **Wednesday, March 29, 2006, at 3:00 p.m.**

5        **The Court ORDERS plaintiffs to serve a copy of this Order on**

6   **defendants immediately.**

7   IT IS SO ORDERED.

8   Dated: January 31, 2006

9                                               /s/  Wayne D. Brazil
                                                WAYNE D. BRAZIL
                                                United States Magistrate Judge

10  Copies to:
    Plaintiffs with direction to serve defendants,
11  CW,  wdb, stats

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28