James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone:   415-512-3501
Facsimile:   415-512-3515
Email:           AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NEVILLE STRUCTURES dba NEVILLE BROTHERS, INC., a Business Entity; and STEVE NEVILLE, an Individual,<br><br>                    Defendants. | Case No.:  C-05-3410 CW<br><br>**PLAINTIFFS' STATEMENT RE DEFENDANTS' DEFAULT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER**<br><br>DATE:           April 28, 2006<br>TIME:           1:30 p.m.<br>COURTRM.: 2, 4th Floor (Oakland)<br>JUDGE:         Hon. Wayne D. Brazil |

    Now come the plaintiffs, named above, and file this statement in lieu of the Case Management Conference Statement.

    Defendants have defaulted in this action, and have failed to cooperate in the preparation of a Case Management Conference Statement or in any of the other preparatory activities required by

the court.  Plaintiffs filed their Motion for Default Judgment and, on March 30, 2006, the Magistrate Judge issued a Report and Recommendation re Motion for Default Judgment along with a [Proposed] Order.  The report and proposed order were then served upon defendants Neville Structures dba Neville Bros., Inc., and Steve Neville, on March 30, 2006.

Inasmuch as the Court should soon issue an order on the Report and Recommendation and, if the recommendation is adopted, a Judgment, plaintiffs request that the Case Management Conference either be taken off calendar or continued for 60 days pending an order on the Report and Recommendation.

DATED:  April 11, 2006                                  STANTON, KAY & WATSON, LLP


By:__*/s/ Anne Bevington*_____
        ANNE BEVINGTON
Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CASE MANAGEMENT ORDER**

The Case Management Conference previously set for April 28, 2006, at 1:30 p.m., is hereby:

[ ] Taken off calendar.

                              May 19, 2006                                          1:30 p.m.
[X ] Continued to _____, at the hour of _____, in Courtroom 2, 4th Floor (Oakland).

           4/18/06                                /s/ CLAUDIA WILKEN
DATED: _____         _____
                                                            HON. CLAUDIA WILKEN
                                                            UNITED STATES DISTRICT JUDGE

F:\CASES\30\32.178 E G Construction\PLEADINGS\STATEMENT IN LIEU OF CMS.doc

- 2 -
**PLAINTIFFS' STATEMENT RE DEFENDANTS' DEFAULT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER [CASE NO. C-05-3410 CW]**